BCS/CD-560 (Rev. 12/03)

| | |
|---|---|
| **MICHIGAN DEPARTMENT OF LABOR & ECONOMIC GROWTH** <br> **BUREAU OF COMMERCIAL SERVICES** | |
| Date Received <br> APR 0 5 2005 | (FOR BUREAU USE ONLY) |
| | This document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document. |

FILED
APR 0 5 2005
..ministrator
BUREAU OF COMMERCIAL SERVICES

| | |
|---|---|
| Name | Kurt Plender #294705/005 <br> CSC-Denver |
| Address | One Civic Center Plaza <br> 1560 Broadway , Ste 2090 |
| City | Denver,   State CO   Zip Code 80202 |

EFFECTIVE DATE:

Document will be returned to the name and address you enter above.
If left blank document will be mailed to the registered office.

653-975

# APPLICATION FOR CERTIFICATE OF AUTHORITY
## TO TRANSACT BUSINESS OR CONDUCT AFFAIRS IN MICHIGAN
### For use by Foreign Corporations
(Please read information and instructions on the last page)

Pursuant to the provisions of Act 284, Public Acts of 1972 (profit corporations), or Act 162, Public Acts of 1982 (nonprofit corporations), the undersigned corporation executes the following Application:

1. The name of the corporation is:

   Frontier Airlines, Inc.

2. (Complete this item only if the corporate name in item 1 is not available for use in Michigan.)
   The assumed name of the corporation to be used in all its dealings with the Bureau and in the transaction of its business or the conducting of its affairs in Michigan is:

3. It is incorporated under the laws of _Colorado_. The date of its incorporation is _Feb. 8, 1994_, and the term of its existence if other than perpetual is _____.

4. a. The address of the main business or headquarters office of the corporation is:

   7001 Tower Rd.   Denver   CO   80249
   (Street Address)   (City)   (State)   (ZIP Code)

   b. The mailing address if different than above is:

   _____   _____   _____   _____
   (Street Address)   (City)   (State)   (ZIP Code)

5. The address of its registered office in Michigan is:

601 Abbott Road (StreetAddress), East Lansing (City), Michigan 48823 (ZIPCode)

The mailing address of the registered office in Michigan if different than above is:

_____ (Street Address or P.O. Box), _____ (City), Michigan _____ (ZIPCode)

The name of the resident agent at the registered office is: CSC-Lawyers Incorporating Service (Company)

The resident agent is an agent of the corporation upon whom process against the corporation may be served.

6. The **specific** business or affairs which the corporation is to transact or conduct in Michigan is as follows:

air transportation

The corporation is authorized to transact such business in the jurisdiction of its incorporation.

7. (To be completed by profit corporations only)

The total authorized shares of the corporation are: 41,000,000

8. If the applicant is a trust please specify any powers or privileges possessed by the trust that are not possessed by an individual or a partnership.

Signed this 23 day of March, 2005.

By _____ (Signature of Authorized Officer or Agent)

Elissa Potucek (Type or Print Name)

The Department of Labor & Economic Growth will not discriminate against any individual or group because of race, sex, religion, age, national origin, color, marital status, disability or political beliefs. If you need help with reading, writing, hearing, etc., under the Americans with Disabilities Act, you may make your needs known to this agency.

# OFFICE OF THE SECRETARY OF STATE
# OF THE STATE OF COLORADO

# CERTIFICATE

I, Donetta Davidson, as the Secretary of State of the State of Colorado, hereby certify that, according to the records of this office,

FRONTIER AIRLINES, INC.

is a
Corporation

formed or registered on 02/08/1994 under the law of Colorado, has complied with all applicable requirements of this office, and is in good standing with this office. This entity has been assigned entity identification number 19941015653 .

This certificate reflects facts established or disclosed by documents delivered to this office on paper through 02/25/2005 that have been posted, and by documents delivered to this office electronically through 03/03/2005 @ 15:35:18 .

I have affixed hereto the Great Seal of the State of Colorado and duly generated, executed, authenticated, issued, delivered and communicated this official certificate at Denver, Colorado on 03/03/2005 @ 15:35:18 pursuant to and in accordance with applicable law. This certificate is assigned Confirmation Number 6163836 .



*Donetta Davidson*
Secretary of State of the State of Colorado

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*End of Certificate\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Notice: *A certificate issued electronically from the Colorado Secretary of State's Web site is fully and immediately valid and effective.* However, as an option, the issuance and validity of a certificate obtained electronically may be established by visiting the Certificate Confirmation Page of the Secretary of State's Web site, http://www.sos.state.co.us/biz/CertificateSearchCriteria.do entering the certificate's confirmation number displayed on the certificate, and following the instructions displayed. *Confirming the issuance of a certificate is merely optional and is not necessary to the valid and effective issuance of a certificate.* For more information, visit our Web site, http://www.sos.state.co.us/ click Business Center and select "Frequently Asked Questions."

BCS/CD-2500f (12/11)

**DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS
FOREIGN CORPORATION INFORMATION UPDATE**



# 2012

File Online at www.michigan.gov/fileonline

**Due May 15, 2012**

| Identification Number | Corporation name |
|---|---|
| **653975** | FRONTIER AIRLINES, INC. |

**Resident agent name and mailing address of the registered office**

CSC-LAWYERS INCORPORATING SERVICE (COMPANY)
601 ABBOT ROAD
EAST LANSING MI 48823

FILED
APR 23 2012
by Department
Bureau of Commercial Services

Tran Info:2  17595954-1   03/15/12
Chk#:  00557640    Amt: $25.00
ID:    653975

**The address of the registered office**

601 ABBOT ROAD
EAST LANSING MI  48823

[X] To certify there are no changes from your previous filing check this box and proceed to Item 7. If the resident agent and/or registered office has changed complete Items 1-7. If no change in resident agent or registered office but other information has changed complete Items 4-7.

1. Mailing address of registered office in Michigan (may be a P.O. Box)

2. Resident Agent

3. The address of the registered office in Michigan (a P.O. Box may not be designated as the address of the registered office)

4. Describe the general nature and kind of business in which the corporation is engaged:

5. NAME — BUSINESS OR RESIDENCE ADDRESS

President

Secretary

Treasurer

Vice - President

Director

Director

Director

6. Michigan Business Tax or Single Business Tax Apportionment Percentage : Submit an amended application to report a change in authorized shares. For increases in shares attributable due to an increase in apportionment percentage, you may complete the enclosed worksheet and remit any additional admission fees with this report in lieu of filing an amended application. Worksheet only included if total authorized shares is greater than previous attributable shares.

Total authorized shares  1,000   Most recent ____ % for year ending __/__/__
Previous attributable shares 60,000   Previous period  .3978 % for year ending  2009

7. Signature of authorized officer or agent  [signature]   Title: VP Controller   Date: 3/6/12   Phone (Optional): ____

**Filing fee $25
Report due May 15, 2012.
If received after May 15, penalty fees will be assessed.**

Please make your check or money order payable to the State of Michigan.
Include payment with completed report in the same envelope.
Return to: Department of Licensing and Regulatory Affairs
Bureau of Commercial Services, Corporation Division
P.O. Box 30702
Lansing, MI 48909
(517) 241-6470

If more space is needed additional pages may be included. Do not staple any items to report. This report is required by Section 911, Act 284, Public Acts of 1972, as amended. Failure to file this report may result in the revocation of the corporation's Certificate of Authority. Late filing will result in penalty fees.