STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF GENESEE

JUDY EISINGER

    Plaintiff,

v.

FRONTIER AIRLINES

    Defendant.

                               /

Case No. 12-98657-NI

Hon. Judith A. Fullerton
P-20455

SCHRAM, BEHAN & BEHAN
Michael R. Behan (P45121)
Attorneys for Plaintiff
Eastbrook Plaza
4127 Okemos Road, Suite 3
Okemos, MI 48864
(517) 347-3500

DEAN G. GREENBLATT, PLC
Dean G. Greenblatt (P54138)
Attorneys for Defendant
4190 Telegraph Road
Suite 3500
Bloomfield Hills, MI 48302
(248) 644-7520

ADLER MURPHY & McQUILLEN LLP
Steven L. Boldt (*admitted pro hac vice*)
Attorneys for Defendant
20 South Clark Street
Suite 2500
Chicago, IL 60603
Telephone:   (312) 345-0700
Facsimile:    (312) 345-0700

                                               /

*A TRUE COPY — Genesee County Clerk*

## CERTIFICATE OF SERVICE

    The undersigned, having been duly sworn, certifies that the foregoing: (1) First Requests for Admission to Plaintiff, (2) First Set of Requests for Production of Documents and Other Things to Plaintiff, (3) First Set of Interrogatories to Plaintiff, and (4) Certificate of Service, were served upon the parties to whom directed by placing true and correct copies of the same in an envelope properly addressed and depositing the same in the U.S. Mail at 20 South Clark St., Chicago, Illinois, proper postage prepaid, before the hour of 5:00 p.m. on February 21, 2013.

Subscribed and sworn to before me this
21st day of February, 2013.

_____
Notary Public

OFFICIAL SEAL
RITA M SIWINSKI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/23/15

By: Steven L. Boldt

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF GENESEE

JUDY EISINGER

    Plaintiff,

v.

FRONTIER AIRLINES

    Defendant.

Case No. 12-98657-NI

Hon. Judith A. Fullerton
P-20455

_____/

SCHRAM, BEHAN & BEHAN
Michael R. Behan (P45121)
Attorneys for Plaintiff
Eastbrook Plaza
4127 Okemos Road, Suite 3
Okemos, MI 48864
(517) 347-3500

ADLER MURPHY & McQUILLEN LLP
Steven L. Boldt (*admitted pro hac vice*)
Attorneys for Defendant
20 South Clark Street
Suite 2500
Chicago, IL 60603
Telephone: (312) 345-0700
Facsimile: (312) 345-0700

DEAN G. GREENBLATT, PLC
DEAN G. GREENBLATT (P54139)
Attorney for Defendant
4190 Telegraph Road
Suite 3500
Bloomfield Hills, MI 48302
(248) 644-7520

_____/

## DEFENDANT FRONTIER AIRLINES, INC.'S FIRST REQUESTS FOR ADMISSION TO PLAINTIFF JUDY EISINGER, DATED FEBRUARY 21, 2013

NOW COMES Defendant, FRONTIER AIRLINES, INC. ("Frontier"), by and through counsel, and pursuant to MCR 2.312, requests that Plaintiff JUDY EISINGER make the following admissions of fact within twenty-eight (28) days of service. These Requests for Admission shall be deemed continuing. Supplemental responses shall be provided immediately in the event that Plaintiff obtains, either directly or indirectly, any information inconsistent with a previously given response.

1

## REQUESTS FOR ADMISSION

1. Admit that the amount in controversy exceeds $75,000, exclusive of interests and costs.

    **RESPONSE:**

2. Admit that the damages actually sought by you for the injuries alleged in your Complaint at Law exceed $75,000, exclusive of interests and costs.

    **RESPONSE:**

Dated: February 21, 2013

Respectfully submitted,

By: Steven L. Boldt (*admitted pro hac vice*)
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street
Suite 2500
Chicago, IL 60603
Telephone:   (312) 345-0700
Facsimile:    (312) 345-0700

Dean G. Greenblatt, Esq.
DEAN G. GREENBLATT, PLC
4190 Telegraph Road
Bloomfield Hills, MI 48302
Telephone:   (248) 644-7520

**ATTORNEYS FOR DEFENDANT
FRONTIER AIRLINES, INC.**