STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF GENESEE

JUDY EISINGER

    Plaintiff,                                          Case No. 12-98657-NI

v.                                                  Hon. Judith A. Fullerton
                                                    P-20455
FRONTIER AIRLINES

    Defendant.

## NOTICE OF FILING

TO THE CLERK OF THE CIRCUIT COURT OF GENESEE COUNTY:

PLEASE TAKE NOTICE that on April 1, 2013, Defendant Frontier Airlines, Inc. removed the above-captioned action to the United States District Court for the Eastern District of Michigan, Southern Division. Pursuant to 28 U.S.C. § 1446(d), Defendant hereby files a copy of its Notice of Removal. The Court shall take no further action with regard to the above-captioned action unless and until the case is remanded.

Dated: April 1, 2013                            Respectfully submitted,

                                                     **FRONTIER AIRLINES, INC.**

                                                     By:   /s/ Dean Greenblatt
                                                                  One of Its Attorneys

                                                     Dean G. Greenblatt (P54139)
                                                     DEAN G. GREENBLATT, PLC
                                                     4190 Telegraph Road, Suite 3500
                                                    Bloomfield Hills, MI 48302
                                                    Phone: (248) 644-7520
                                                    dgg@mnsi.net

                                                    -and-

                                                    Steven L. Boldt (admitted *pro hac vice*)

ADLER MURPHY & McQUILLEN LLP<br>
20 S. Clark Street, Suite 2500<br>
Chicago, Illinois 60603<br>
Phone: (312) 345-0700<br>
Fax No.: (312) 345-9860<br>
sboldt@amm-law.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 1, 2013, I served the foregoing document by forwarding copies of the same to the parties identified below via U.S. mail by depositing the same in the U.S. Mail, proper postage prepaid, before the hour of 4:30 p.m.

**SCHRAM, BEHAN & BEHAN**
Michael R. Behan (P45121)
Attorneys for Plaintiff
Eastbrook Plaza
4127 Okemos Road, Suite 3
Okemos, MI  48864
(517) 347-3500
behan@tds.net

               By:  /s/ Dean Greenblatt

2