IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| JUDY EISINGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 13-11475 |
| | ) | |
| FRONTIER AIRLINES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT FRONTIER AIRLINES, INC'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure Rule 7.1(a) and Local Rule 83.4, notice is hereby given by counsel of record for FRONTIER AIRLINES, INC. that the following corporate interests are disclosed:

1. The parent company of Frontier Airlines, Inc. is Republic Airways Holdings, Inc.

2. Any publicly held company that owns ten percent (10%) or more of the corporation's stock: Republic Airways Holdings, Inc.

3. Republic Airways Holdings, Inc. has no parent company.

4. No publicly held company owns more than ten percent (10%) of Republic Airways Holdings, Inc.

Dated: April 1, 2013                                    Respectfully submitted,

                                                                  **FRONTIER AIRLINES, INC.**

                                                                  By:___/s/ Brian T. Maye_____
                                                                         One of Its Attorneys

                                                                 Dean G. Greenblatt (P54139)
                                                                 DEAN G. GREENBLATT, PLC
                                                                 4190 Telegraph Road, Suite 3500
                                                                Bloomfield Hills, MI 48302

        Phone: (248) 644-7520
dgg@mnsi.net

-and-

Steven L. Boldt (admitted *pro hac vice* in Case No. 12-98657-NI)
Brian T. Maye (E.D. Mich. Bar 6288778)
ADLER MURPHY & McQUILLEN LLP
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Phone: (312) 345-0700
Fax No.: (312) 345-9860
sboldt@amm-law.com
bmaye@amm-law.com

## CERTIFICATE OF SERVICE

      I hereby certify that on April 1, 2013, I served the foregoing document by forwarding copies of the same to the parties identified below via U.S. mail by depositing the same in the U.S. Mail, proper postage prepaid, before the hour of 4:30 p.m.

**SCHRAM, BEHAN & BEHAN**
Michael R. Behan (P45121)
Attorneys for Plaintiff
Eastbrook Plaza
4127 Okemos Road, Suite 3
Okemos, MI  48864
(517) 347-3500
behan@tds.net

        By:   /s/ Brian T. Maye

2