UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JUDY EISINGER**,

      Plaintiff,

                                      2:13-cv-11475-JCO-MJH

v.                                            HON. JOHN CORBETT O'MEARA

**FRONTIER AIRLINES**,

      Defendant.

_____/

| | |
|---|---|
| **DEAN G. GREENBLATT** (P54139)<br>**DEAN G. GREENBLATT, PLC**<br>Attorney for Defendant<br>4190 Telegraph Road<br>Suite 3500<br>Bloomfield Hills, MI  48302<br>(248) 644-7520 VOICE<br>(248) 644-8760 FAX<br>dgg@mnsi.net | **STEVEN L. BOLDT**<br>**BRIAN T. MAYE**<br>**ADLER MURPHY & McQUILLEN LLP**<br>Attorneys for Defendant<br>20 S Clark Street<br>Suite 2500<br>Chicago, IL  60603<br>(312) 345-0700 VOICE<br>(312) 345-9860 FAX<br>sboldt@amm-law.com<br>bmaye@amm-law.com |

_____/

## APPEARANCE OF COUNSEL

      To the Clerk of Court, Counsel of Record, unrepresented parties, and all interested persons:  Please take notice that Dean G. Greenblatt, PLC appears on behalf of Plaintiff, Frontier Airlines and requests copies of all pleadings and papers filed in this matter.

                                              Respectfully submitted,

Date:  April 3, 2013                  s/     Dean G. Greenblatt

                                              Dean G. Greenblatt (P54139)
                                              Dean G. Greenblatt, PLC
                                              4190 Telegraph Road
                                              Suite 3500
                                              Bloomfield Hills, MI  48302
                                              (248) 644-7520 Voice

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JUDY EISINGER**,

      Plaintiff,

                                          2:13-cv-11475-JCO-MJH

v.                                                   HON. JOHN CORBETT O'MEARA

**FRONTIER AIRLINES**,

      Defendant.
_____/

| | |
|---|---|
| **DEAN G. GREENBLATT** (P54139) | **STEVEN L. BOLDT** |
| **DEAN G. GREENBLATT, PLC** | **BRIAN T. MAYE** |
| Attorney for Defendant | **ADLER MURPHY & McQUILLEN LLP** |
| 4190 Telegraph Road | Attorneys for Defendant |
| Suite 3500 | 20 S Clark Street |
| Bloomfield Hills, MI 48302 | Suite 2500 |
| (248) 644-7520 VOICE | Chicago, IL 60603 |
| (248) 644-8760 FAX | (312) 345-0700 VOICE |
| dgg@mnsi.net | (312) 345-9860 FAX |
| | sboldt@amm-law.com |
| | bmaye@amm-law.com |

_____/

**ECF CERTIFICATE OF SERVICE**

      I hereby certify that on April 3, 2013, I electronically filed:

1. **APPEARANCE OF COUNSEL**

With the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record and I hereby certify that I have mailed by U.S. Mail the document(s) to the non-ECF participant(s), if any.

                                                                      Respectfully submitted,

Dated: April 3, 2013                                   /s/     Dean G. Greenblatt