UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUDY EISINGER,                                          Case No. 5:13-cv-11475

        Plaintiff,                                    Hon. John Corbett O'Meara

vs.

FRONTIER AIRLINES, INC.

        Defendant.

Michael R. Behan (P45121)
Schram, Behan & Behan
Attorneys for Plaintiff
4127 Okemos Rd., Suite 3
Okemos, MI 48864
(517) 347-3500
behanm@tds.net

Steven L. Boldt
Adler, Murphy & McQuillen
Attorneys for Defendant
20 S. Clark Street
Chicago, Illinois
(312) 345-0700
sboltt@amm-law.com

Dean G. Greenblatt (P54139)
DEAN G. GREENBLATT, PLC
Attorneys for Defendant
4190 Telegraph Road, Suite 3500
Bloomfield Hills, Michigan 48302
(248) 644-7520
dgg@mnsi.net

## PLAINTIFF JUDY EISINGER'S EXPERT WITNESS LIST

      NOW COMES plaintiff, Judy Eisinger, hereby submits the following individuals as her expert witnesses in the above referenced proceeding.  It should be noted that non of these witnesses are so-called 'retained witnesses':

1

**Expert Witnesses #1:  Catherine Little -**

Name and Address of Witness and likely testimony -

Catherine Little
United States Department of Transportation
1200 New Jersey Ave.
Washington, D.C. 20590

Likely testimony will be with respect to law related to airlines and persons with disability.

**Expert Witnesses #2:  Ladessa Foshee -**

Name and Address of Witness and likely testimony -

Ladessa Foshee (Personal Friend)
501 Bourland Road, Apartment 1303
Keller, Texas

Likely testimony will be with respect to the plaintiff's injuries.

**Expert Witnesses #3: Dr. Laurey Hanselman -**

Name and Address of Witness and likely testimony -

Dr. Laurey Hanselman
Scehurer Hospital
170 N. Caseville Road
Pigeon, Michigan 48755

Likely testimony will be with respect to the plaintiff's injuries.

**Expert Witnesses #4: Dr. David Seroves -**

Name and Address of Witness and likely testimony -

Dr. David Seroves
Scehurer Hospital
170 N. Caseville Road
Pigeon, Michigan 48755

Likely testimony will be with respect to the plaintiff's injuries.

**Expert Witnesses #5: Dr. David L. Carter -**

Name and Address of Witness and likely testimony -

Dr. David L. Carter
Scehurer Hospital
170 N. Caseville Road
Pigeon, Michigan 48755

Likely testimony will be with respect to the plaintiff's injuries.

### Expert Witnesses #6: Dr. Nick F. Musso -

Name and Address of Witness and likely testimony -

Dr. Nick F. Musso
Baylor Regional Medical Center
1650 W. College Street
Grapevine, Texas 76051

Likely testimony will be with respect to the plaintiff's injuries.

### Expert Witnesses #7: Dr. Zubin G. Kaubchandani -

Name and Address of Witness and likely testimony -

Dr. Zubin G. Kaubchandani
815 Ira E. Woods Ave.
Grapevine, Texas 76051

Likely testimony will be with respect to the plaintiff's injuries.

### Expert Witnesseses #8: Total Patient Care Home Health Care -

Name and Address of Witness and likely testimony -

Medical Personnel At:
Total Patient Care Home Health Care
710 Century Parkway
Allen, Texas 75013

Likely testimony will be with respect to the plaintiff's injuries.

None known of.

### Expert Witnesses #9: Dr. Bing S. Tsay -

Name and Address of Witness and likely testimony -

Dr. Bing S. Tsay

910 E. Southlake Blvd., Suite 155
Southlake, Texas 76092

Likely testimony will be with respect to the plaintiff's injuries.

### Expert Witnesses #10: Mindaugas Lescinskas -

Name and Address of Witness and likely testimony -

Mindaugas Lescinskas
United States Department of Transportation
1200 New Jersey Ave.
Washington, D.C. 20590

Likely testimony will be with respect to law related to airlines and persons with disability.

### Expert Witnesses #11: Lisa Swafford-Brooks -

Name and Address of Witness and likely testimony -

Lisa Swafford-Brooks
United States Department of Transportation
1200 New Jersey Ave.
Washington, D.C. 20590

Likely testimony will be with respect to law related to airlines and persons with disability.

### Expert Witnesses #12: Clereece Kroha -

Name and Address of Witness and likely testimony -

Clereece Kroha
United States Department of Transportation
1200 New Jersey Ave.
Washington, D.C. 20590

Likely testimony will be with respect to law related to airlines and persons with disability.

Dated:  August 24, 2013			By:	    /s/  Michael Behan
						Michael R. Behan (P45121)
						Schram, Behan & Behan
						Attorneys for Plaintiff
						behanm@tds.net

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 24, 2013, I electronically filed the foregoing document, PLAINTIFF JUDY EISINGER'S EXPERT WITNESS LIST in the above referenced cause of action, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following, attorneys, and I also certify that the same document was sent via the CM/ECF system to:

Steven L. Boldt
Adler, Murphy & McQuillen
Attorneys for Defendant
20 S. Clark Street
Chicago, Illinois
(312) 345-0700
sboltt@amm-law.com

Dean G. Greenblatt (P54139)
DEAN G. GREENBLATT, PLC
Attorneys for Defendant
4190 Telegraph Road, Suite 3500
Bloomfield Hills, Michigan 48302
(248) 644-7520
dgg@mnsi.net

Dated:  August 24, 2013                By:_____/s/__Michael Behan_____
                                                        Michael R. Behan (P45121)
                                                        Schram, Behan & Behan
                                                         Attorneys for Plaintiff
                                                         4127 Okemos Rd., Suite 3
                                                         Okemos, MI 48864
                                                         (517) 347-3500
                                                         behanm@tds.net