UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUDY EISINGER,

       Plaintiff,                  Case No. 5:13-cv-11475

vs.                                Hon. John Corbett O'Meara

FRONTIER AIRLINES, INC.      Magistrate Judge Michael J. Hluchaniuk

       Defendant.

**INDEX OF EXHIBITS**

**Exhibit A - Plaintiff's Complaint**

**Exhibit B - Frontier's Discovery Requests to Plaintiff in State Court**

**Exhibit C - Frontier's Discovery Requests to Plaintiff in Federal Court**

**Exhibit D - Plaintiff's Initial Rule 26(a)(1) Disclosures**

**Group Exhibit E - Correspondence Between Counsel Regarding Discovery Issues**