UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUDY EISINGER,  Case No. 5:13-cv-11475

    Plaintiff,  Hon. John Corbett O'Meara

vs.

FRONTIER AIRLINES, INC.

    Defendant.

Michael R. Behan (P45121)
Schram, Behan & Behan
Attorneys for Plaintiff
4127 Okemos Rd., Suite 3
Okemos, MI 48864
(517) 347-3500
behanm@tds.net

Steven L. Boldt
Adler, Murphy & McQuillen
Attorneys for Defendant
20 S. Clark Street
Chicago, Illinois
(312) 345-0700
sboltt@amm-law.com

Dean G. Greenblatt (P54139)
DEAN G. GREENBLATT, PLC
Attorneys for Defendant
4190 Telegraph Road, Suite 3500
Bloomfield Hills, Michigan 48302
(248) 644-7520
dgg@mnsi.net

**PLAINTIFF JUDY EISINGER FRCP (26) (a) (1) INITIAL DISCLOSURES**

Pursuant to FRCP (26) (a) (1) plaintiff, Judy Eisinger, hereby submits the following individuals likely to have discoverable information in the above referenced proceeding:

1

**Witnesses #1:  Judy Eisinger -**

(i)   the name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information:

Judith Eisinger (Plaintiff)
501 Bourland Road, Apartment 1303
Keller, Texas

Likely testimony will be with respect to her drop and injuries.

(ii)  Documents in the custody of the witness –

Bank records; tax returns

(iii) Computation of Damages

Plaintiffs damages are primarily pain and suffering  .

(iv)  Insurance Agreements -

None known of.

**Witnesses #2:  Joel Eisinger -**

(i)   Name and Address of Witness and likely testimony -

Joel Eisinger (Plaintiff's Son)
4884 Willington
Kimball, Michigan 48074

Likely testimony will be with respect to his Mother's injuries.

(ii)  Documents in the custody of the witness –

None known of.

(iii) Computation of Damages

None known of.

(iv)  Insurance Agreements -

None known of.

**Witnesses #3:  Catherine Little -**

(i)     Name and Address of Witness and likely testimony -

Catherine Little
United States Department of Transportation
1200 New Jersey Ave.
Washington, D.C. 20590

Likely testimony will be with respect to law related to airlines and persons with disability.

(ii)    Documents in the custody of the witness –

None known of.

(iii)   Computation of Damages

None known of.

(iv)    Insurance Agreements -

None known of.

**Witnesses #4:  Marcie Eisinger -**

(i)     Name and Address of Witness and likely testimony -

Marcie Eisinger (Plaintiff's Daughter)
501 Bourland Road, Apartment 1303
Keller, Texas

Likely testimony will be with respect to her Mother's injuries.

(ii)    Documents in the custody of the witness –

None known of.

(iii)   Computation of Damages

None known of.

(iv)    Insurance Agreements -

None known of.

**Witnesses #5:  Ladessa Foshee -**

(i) Name and Address of Witness and likely testimony -

Ladessa Foshee (Personal Friend)
501 Bourland Road, Apartment 1303
Keller, Texas

Likely testimony will be with respect to the plaintiff's injuries.

(ii) Documents in the custody of the witness –

None known of.

(iii) Computation of Damages

None known of.

(iv) Insurance Agreements -

None known of.

**Witnesses #6: Dr. Laurey Hanselman -**

(i) Name and Address of Witness and likely testimony -

Dr. Laurey Hanselman
Scehurer Hospital
170 N. Caseville Road
Pigeon, Michigan 48755

Likely testimony will be with respect to the plaintiff's injuries.

(ii) Documents in the custody of the witness –

None known of.

(iii) Computation of Damages

None known of.

(iv) Insurance Agreements -

None known of.

4

**Witnesses #7: Dr. David Seroves -**

(i) Name and Address of Witness and likely testimony -

Dr. David Seroves
Scehurer Hospital
170 N. Caseville Road
Pigeon, Michigan 48755

Likely testimony will be with respect to the plaintiff's injuries.

(ii) Documents in the custody of the witness –

None known of.

(iii) Computation of Damages

None known of.

(iv) Insurance Agreements -

None known of.

**Witnesses #8: Dr. David L. Carter -**

(i) Name and Address of Witness and likely testimony -

Dr. David L. Carter
Scehurer Hospital
170 N. Caseville Road
Pigeon, Michigan 48755

Likely testimony will be with respect to the plaintiff's injuries.

(ii) Documents in the custody of the witness –

None known of.

(iii) Computation of Damages

None known of.

(iv) Insurance Agreements -

None known of.

**Witnesses #9: Dr. Nick F. Musso -**

(i)   Name and Address of Witness and likely testimony -

Dr. Nick F. Musso
Baylor Regional Medical Center
1650 W. College Street
Grapevine, Texas 76051

Likely testimony will be with respect to the plaintiff's injuries.

(ii)   Documents in the custody of the witness –

None known of.

(iii)   Computation of Damages

None known of.

(iv)   Insurance Agreements -

None known of.

**Witnesses #10: Dr. Zubin G. Kaubchandani -**

(i)   Name and Address of Witness and likely testimony -

Dr. Zubin G. Kaubchandani
815 Ira E. Woods Ave.
Grapevine, Texas 76051

Likely testimony will be with respect to the plaintiff's injuries.

(ii)   Documents in the custody of the witness –

None known of.

(iii)   Computation of Damages

None known of.

(iv)   Insurance Agreements -

None known of.

**Witnesseses #11: Total Patient Care Home Health Care -**

(i)      Name and Address of Witness and likely testimony -

Medical Personnel At:
Total Patient Care Home Health Care
710 Century Parkway
Allen, Texas 75013

Likely testimony will be with respect to the plaintiff's injuries.

(ii)     Documents in the custody of the witness –

None known of.

(iii)    Computation of Damages

None known of.

(iv)    Insurance Agreements -

None known of.

**Witnesses #12: Dr. Bing S. Tsay -**

(i)      Name and Address of Witness and likely testimony -

Dr. Bing S. Tsay
910 E. Southlake Blvd., Suite 155
Southlake, Texas 76092

Likely testimony will be with respect to the plaintiff's injuries.

(ii)     Documents in the custody of the witness –

None known of.

(iii)    Computation of Damages

None known of.

(iv)    Insurance Agreements -

None known of.

**Witnesses #13: Mindaugas Lescinskas -**

(i)   Name and Address of Witness and likely testimony -

   Mindaugas Lescinskas
   United States Department of Transportation
   1200 New Jersey Ave.
   Washington, D.C. 20590

   Likely testimony will be with respect to law related to airlines and persons with disability.

(ii)   Documents in the custody of the witness –

   None known of.

(iii)   Computation of Damages

   None known of.

(iv)   Insurance Agreements -

   None known of.

**Witnesses #14: Lisa Swafford-Brooks -**

(i)   Name and Address of Witness and likely testimony -

   Lisa Swafford-Brooks
   United States Department of Transportation
   1200 New Jersey Ave.
   Washington, D.C. 20590

   Likely testimony will be with respect to law related to airlines and persons with disability.

(ii)   Documents in the custody of the witness –

   None known of.

(iii)   Computation of Damages

   None known of.

(iv)   Insurance Agreements -

None known of.

**Witnesses #15: Clereece Kroha -**

(i)  Name and Address of Witness and likely testimony -

Clereece Kroha
United States Department of Transportation
1200 New Jersey Ave.
Washington, D.C. 20590

Likely testimony will be with respect to law related to airlines and persons with disability.

(ii)  Documents in the custody of the witness –

None known of.

(iii)  Computation of Damages

None known of.

(iv)  Insurance Agreements -

None known of.

Dated:  August 5, 2013			By:  ____/s/__Michael Behan_____
						Michael R. Behan (P45121)
						Schram, Behan & Behan
						Attorneys for Plaintiff
						4127 Okemos Rd., Suite 3
						Okemos, MI 48864
						(517) 347-3500
						behanm@tds.net

9

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2013, I electronically filed the foregoing document, PLAINTIFF JUDY EISINGER FRCP (26) (a) (1) INITIAL DISCLOSURES in the above referenced cause of action, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following, attorneys, and I also certify that the same document was sent via the CM/ECF system to:

Steven L. Boldt
Adler, Murphy & McQuillen
Attorneys for Defendant
20 S. Clark Street
Chicago, Illinois
(312) 345-0700
sboltt@amm-law.com

Dean G. Greenblatt (P54139)
DEAN G. GREENBLATT, PLC
Attorneys for Defendant
4190 Telegraph Road, Suite 3500
Bloomfield Hills, Michigan 48302
(248) 644-7520
dgg@mnsi.net

Dated:  August 5, 2013              By:_____/s/__Michael Behan_____
                                    Michael R. Behan (P45121)
                                    Schram, Behan & Behan
                                    Attorneys for Plaintiff
                                    4127 Okemos Rd., Suite 3
                                    Okemos, MI 48864
                                    (517) 347-3500
                                    behanm@tds.net