UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Judy Eisinger,

                           Plaintiff(s),

v.                                                Case No. 5:13–cv–11475–JCO–MJH
                                                          Hon. John Corbett OMeara

Frontier Airlines, Inc.,

                           Defendant(s),

_____

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

   **IT IS ORDERED** that the following motion(s) are referred to U.S. Magistrate Judge Michael J. Hluchaniuk for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

      Motion to Compel – #10

                                                  s/John Corbett OMeara
                                                  John Corbett OMeara
                                                  United States District Judge

### Certificate of Service

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                  s/W. Barkholz
                                                  Case Manager

Dated:  November 18, 2013