UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Judy Eisinger,

                              Plaintiff(s),

v.                                                Case No. 5:13−cv−11475−JCO−MJH
                                                           Hon. John Corbett OMeara

Frontier Airlines, Inc.,

                              Defendant(s),

### NOTICE OF TELEPHONIC MOTION HEARING

    PLEASE TAKE NOTICE that a telephonic motion hearing has been scheduled before Magistrate Judge Michael J. Hluchaniuk for the following motion(s):

        Motion to Compel − #10

- MOTION HEARING: November 21, 2013 at 03:30 PM

    The call shall be initiated by the Court.

    If possible, please refrain from the use of cell phones. If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

    **ADDITIONAL INFORMATION:**    Plaintiff will file a response by the morning of 11/21/2013

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                             By: s/T. Hallwood
                                                                   Case Manager

Dated: November 20, 2013