UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Judy Eisinger,

                Plaintiff(s),

v.                                         Case No. 5:13–cv–11475–JCO–MJH
                                              Hon. John Corbett OMeara

Frontier Airlines, Inc.,

                Defendant(s),

## NOTICE TO APPEAR

    You are hereby notified to appear before District Judge John Corbett O'Meara at the United States District Court, Federal Building, 200 East Liberty Street, Ann Arbor, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  June 18, 2014 at 09:30 AM

## Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                        By: s/W. Barkholz
                                                             Case Manager

Dated:  May 8, 2014