UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Judy Eisinger,

                Plaintiff(s),

v.                                         Case No. 5:13–cv–11475–JCO–MJH
                                                  Hon. John Corbett OMeara

Frontier Airlines, Inc.,

                Defendant(s),
_____/

**NOTICE OF TELEPHONIC CONFERENCE**

    PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge John Corbett O'Meara as follows:

- STATUS CONFERENCE:  June 20, 2014 at 09:45 AM

    The conference shall be initiated by the Court.

    If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                            By: s/W. Barkholz
                                                                 Case Manager

Dated:  June 17, 2014