UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Judy Eisinger,

                Plaintiff(s),

v.                               Case No. 5:13−cv−11475−JCO−MJH
                                       Hon. John Corbett OMeara

Frontier Airlines, Inc.,

                Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge John Corbett O'Meara as follows:

- STATUS CONFERENCE:  August 20, 2014 at 10:00 AM

The conference shall be initiated by the Court.

If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

**ADDITIONAL INFORMATION:**   Please be advised that the Final Pretrial Order, Conference, and Trial dates have been cancelled

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/W. Barkholz
                                                      Case Manager

Dated:   June 20, 2014