UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Judy Eisinger,

                          Plaintiff(s),

v.                                            Case No. 5:13–cv–11475–JCO–MJH
                                                     Hon. John Corbett OMeara

Frontier Airlines, Inc.,

                          Defendant(s),
_____

## NOTICE OF TELEPHONIC CONFERENCE

    PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge John Corbett O'Meara as follows:

- STATUS CONFERENCE:  October 10, 2014 at 10:00 AM

    The conference shall be initiated by the Court.

    If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                     By: s/W. Barkholz
                                                          Case Manager

Dated:   August 20, 2014