UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Judy Eisinger,

                        Plaintiff(s),

v.                                          Case No. 5:13−cv−11475−JCO−MJH
                                        Hon. John Corbett OMeara

Frontier Airlines, Inc.,

                        Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

   PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge John Corbett O'Meara as follows:

- STATUS CONFERENCE:  January 9, 2015 at 11:00 AM

   The conference shall be initiated by the Court.

   If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

### Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/W. Barkholz
                                                       Case Manager

Dated:   December 12, 2014