UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Judy Eisinger,

       Plaintiff(s),

v.               Case No. 5:13–cv–11475–JCO–MJH
                 Hon. John Corbett OMeara

Frontier Airlines, Inc.,

       Defendant(s),

**NOTICE OF TELEPHONIC CONFERENCE**

 PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge John Corbett O'Meara as follows:

- STATUS CONFERENCE:  February 6, 2015 at 11:00 AM

 The conference shall be initiated by the Court.

 If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

**Certificate of Service**

 I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                By: s/W. Barkholz
                   Case Manager

Dated:  January 8, 2015