UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Judy Eisinger,

                Plaintiff(s),

v.                                          Case No. 5:13−cv−11475−JCO−MJH
                                                    Hon. John Corbett OMeara

Frontier Airlines, Inc.,

                Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

    PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge John Corbett O'Meara as follows:

- STATUS CONFERENCE:  March 20, 2015 at 10:00 AM

    The conference shall be initiated by the Court.

    If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                                         By: s/W. Barkholz
                                                                              Case Manager

Dated:   February 6, 2015