UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Judy Eisinger,

                          Plaintiff(s),

v.                                              Case No. 5:13–cv–11475–JCO–MJH
                                                Hon. John Corbett OMeara

Frontier Airlines, Inc.,

                          Defendant(s),
_____


### NOTICE OF TELEPHONIC CONFERENCE

   PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District
Judge John Corbett O'Meara as follows:

   • STATUS CONFERENCE:  April 24, 2015 at 10:30 AM

   The conference shall be initiated by the Court.

   If possible, please refrain from the use of cell phones.  If a party wishes to be called at a
number other than the one listed on the docket, please give that information to the party
initiating the call.


### Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of
record were served.

                          By: s/W. Barkholz_____
                                Case Manager

Dated:  March 20, 2015