UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Judy Eisinger,

                    Plaintiff(s),

v.                                          Case No. 5:13–cv–11475–JCO–MJH
                                            Hon. John Corbett OMeara

Frontier Airlines, Inc.,

                    Defendant(s),
_____


### NOTICE OF TELEPHONIC CONFERENCE

   PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge John Corbett O'Meara as follows:

   • STATUS CONFERENCE:  July 2, 2015 at 02:30 PM

   The conference shall be initiated by the Court.

   If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.


### Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/W. Barkholz_____
                                  Case Manager


Dated:   May 29, 2015