UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUDY EISINGER,

        Plaintiff,                     Case No. 5:13-cv-11475

vs.                                   Hon. John Corbett O'Meara

FRONTIER AIRLINES, INC.       Magistrate Judge Michael J. Hluchaniuk

        Defendant.

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME Plaintiff JUDY EISINGER and Defendant FRONTIER AIRLINES, INC., by their respective attorneys, pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1), and hereby jointly stipulate to the dismissal of Plaintiff's claims against Defendant **with prejudice** pursuant to settlement. Each party to bear its own attorneys' fees and costs.

Date: June 15, 2015                     Respectfully submitted,

**JUDY EISINGER**                     **FRONTIER AIRLINES, INC.**

By: /s/ Michael R. Behan            By: /s/ Steven L. Boldt
Michael R. Behan                    Steven L. Boldt
SCHRAM, BEHAN & BEHAN      ADLER MURPHY & MCQUILLEN LLP
4127 Okemos Rd., Suite 3        20 S. Clark Street, Suite 2500
Okemos, MI 48864                  Chicago, Illinois 60603
Telephone: (517) 347-3500       Telephone: (312) 345-0700

### CERTIFICATE OF SERVICE

I, Michael R. Behan, an attorney, hereby certify that on June 15, 2015, I caused the foregoing document to be filed with the Clerk of the United States District Court for the Eastern District of Michigan using the CM/ECF system which sent notification of such filing to all CM/ECF participants of record.

                                            By:   /s/ Michael R. Behan
                                                   SCHRAM, BEHAN & BEHAN
                                                   4127 Okemos Rd., Suite 3
                                                   Okemos, MI 48864
                                                   Telephone: (517) 347-3500